No. 02–1551. GAYMAN *v.* PRINCIPAL FINANCIAL SERVICES, INC., ET AL. C. A. 7th Cir. Certiorari denied.

No. 02–1554. GADDA *v.* STATE BAR OF CALIFORNIA. Sup. Ct. Cal. Certiorari denied.

No. 02–1560. VENGADASALAM *v.* ASHCROFT, ATTORNEY GENERAL, ET AL. C. A. 11th Cir. Certiorari denied.

No. 02–1571. DWIGHT *v.* CROSBY, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS. C. A. 11th Cir. Certiorari denied.

No. 02–1586. SELIMI *v.* IMMIGRATION AND NATURALIZATION SERVICE. C. A. 7th Cir. Certiorari denied.

No. 02–1589. BALDI ET UX. *v.* FARRIN ET AL. C. A. 1st Cir. Certiorari denied.

No. 02–1598. BISHOP *v.* UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF GEORGIA. C. A. 11th Cir. Certiorari denied.

No. 02–1599. NEBRASKA PUBLIC SERVICE COMMISSION *v.* LINCOLN ELECTRIC SYSTEM ET AL. Sup. Ct. Neb. Certiorari denied.

No. 02–1601. RATCLIFF *v.* EXXONMOBIL CORP. C. A. 5th Cir. Certiorari denied.

No. 02–1622. WEAVER *v.* JONES, WARDEN. C. A. 11th Cir. Certiorari denied.

No. 02–1630. WALLACE *v.* RELIANCE STANDARD LIFE INSURANCE CO. C. A. 7th Cir. Certiorari denied.

No. 02–1652. CITY OF CHICAGO, ILLINOIS, ET AL. *v.* NEWSOME. C. A. 7th Cir. Certiorari denied.